1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
   JOANN M. SWANSON (CSBN 88143)
3  Chief, Civil Division
   Assistant United States Attorney
4
   DENNIS M. WONG (CSBN 173951)
5  Special Assistant United States Attorney

6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
7     Telephone: (925)803-4760
      FAX: (415) 436-6748
8     Email: dwong@bop.gov

9  Attorneys for Federal Respondent

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13 
   JANICE CHAVEZ,                    )   No. C-07-3938-WHA
14                                   )   E-FILING CASE
          Petitioner,                )
15                                   )   DECLARATION OF KIM BEAKEY
       v.                            )
16                                   )
   SCHELIA A. CLARK, Warden,         )
17                                   )
          Respondent.                )
18 _____  )

Declaration of Kim Beakey
*Chavez v. Clark*, C-07-3938-WHA                1

I, Kim Beakey, do declare and state the following:

1. Prior to March of 2006, I was the Regional Designator for the Western Region, employed by the Federal Bureau of Prisons ("BOP"), United States Department of Justice. My duties as the Regional Designator included evaluating individuals who were federally sentenced in the Western Region for initial designation to an appropriate BOP facility. I also evaluated inmates in the Western Region for redesignation (transfer) to other BOP facilities. The Western Region includes the states of California, Alaska, Arizona, Nevada, Utah, Oregon, Idaho, Montana, Washington, Hawaii and Wyoming. I held that position since June of 2004.

2. After March of 2006, some of my duties and responsibilities changed, and I am now a Correctional Programs Specialist. Specifically, most of my designation responsibilities transferred to the Designation and Sentence Computation Center ("DSCC"), located in Grand Prairie, Texas. The DSCC is a new BOP operation established to centralize certain functions that used to be done at regional offices and institutions. As a Correctional Programs Specialist, my duties include overseeing the inmate population in the Western Region, and coordinating limited transfers. I also provide guidance on placements to Residential Reentry Centers ("RRC"). RRCs were formerly referred to as halfway houses or community corrections centers. Moving an inmate to a RRC is no different than transferring an inmate from one BOP location to another.  The BOP exercises its judgement to place inmates accordingly during the service of their sentence, and such placements may include transfers to a RRC.  Such transfers to a RRC are controlled by various BOP policies and federal regulations, such as Program Statement 7310.04, *Community Corrections Center (CCC) Utilization and Transfer Procedure* (available at www.bop.gov), and 28 C.F.R. § 570.21.  BOP decisions about an inmate's RRC placement have no affect on the length of their sentence.

3. I am familiar with records compiled by the BOP and have access to them, and provide copies to requesting Department of Justice employees in the ordinary course of business. In this case, I have obtained a copy of inmate Janice Chavez' (Register No. 02742-298) Judgment from her criminal case, Case No. 07-CR-0388-IEG, Southern District of California, a true and

Declaration of Kim Beakey
*Chavez v. Clark*, C-07-3938-WHA                          2

correct copy of which is attached as Exhibit 1.

4. I have also obtained a copy of inmate Chavez' Public Information Inmate Data printout, which is generated from our inmate database called SENTRY, a true and correct copy of which is attached as Exhibit 2. Exhibit 2 lists various information about a specific inmate that is considered by the BOP to be releasable to the general public. For example, from Exhibits 1 and 2, I can ascertain that inmate Chavez was eventually designated and sent to the Federal Prison Camp ("FPC") at Dublin, California, on June 22, 2007, that her pre-release preparation date, which equates to the point where she is serving the last 10% of her sentence, is April 9, 2008, and that her projected release date is May 25, 2008.

5. I have obtained a copy of inmate Chavez' Program Review Report which is a document completed by an inmate's unit team, to reflect programming recommendations for that inmate while they are incarcerated, a true and correct copy of which is attached as Exhibit 3. Exhibit 3 reflects the unit team's recommendation that inmate Chavez begin GED classes by July of 2007, and to begin participating in Narcotics Anonymous in August of 2007. The unit team also recommended that inmate Chavez be placed in a RRC on April 9, 2008.

I declare under the penalty of perjury, pursuant to Title 28, United States Code, Section 1746, that the foregoing is true and correct to the best of my information, knowledge and belief. Executed this 25 day of September, 2007, at Dublin, California.

Kim Beakey
Correctional Programs Specialist

Declaration of Kim Beakey
*Chavez v. Clark*, C-07-3938-WHA                    3

# Exhibit 1

Judgment in *U.S. v. Chavez*, Case No. 07-CR-0388-IEG, Southern District of California

≈AO 245B    (Rev. 9/00) Judgment in a Criminal Case
Sheet 1

**FILED**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

2007 MAY 23 PM 2:51
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

_____ DEPUTY

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| JANICE CHAVEZ (1) | Case Number: 07CR0388 IEG |
| | Michael Stephen Berg |
| | Defendant's Attorney |

REGISTRATION NO. 02742298

☐

THE DEFENDANT:
☒ pleaded guilty to count(s)   1 of Information.

☐ was found guilty on count(s) _____
after a plea of not guilty.
Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 8:1324(a)(1)(A)(ii) & (v)(II) | TRANSPORTATION OF ILLEGAL ALIENS | 1 |

The defendant is sentenced as provided in pages 2 through __4__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____
☐ Count(s) _____ is ☐ are ☐ dismissed on the motion of the United States.
☒ Assessment: $ 100.00, waived.
☒ Fine waived    ☐ Property forfeited pursuant to order filed _____, included herein.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

May 21, 2007
Date of Imposition of Sentence

_Irma E. Gonzalez_
HON. IRMA E. GONZALEZ
UNITED STATES DISTRICT JUDGE

Entered Date:

07CR0388 IEG

AO 245B  (Rev. 9/00) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page __2__ of __4__

DEFENDANT: JANICE CHAVEZ (1)
CASE NUMBER: 07CR0388 IEG

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 18 months.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before _____
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

07CR0388 IEG

AO 245B  (Rev. 9/00) Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page __3__ of __4__

DEFENDANT: JANICE CHAVEZ (1)
CASE NUMBER: 07CR0388 IEG

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:

3 years.

## MANDATORY CONDITIONS

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.
The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

The defendant shall cooperate as directed in the collection of a DNA sample, pursuant to 18 USC 3583(d).
*For offenses committed on or after September 13, 1994*:

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter. Testing requirements will not exceed submission of more than __4__ ☒ drug tests per month during the term of supervision, unless otherwise ordered by court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court. The defendant shall also comply with any special conditions imposed.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

07CR0388 IEG

AO 245B    (Rev. 9/00) Judgment in a Criminal Case
Sheet 3 — Continued 2 — Supervised Release

Judgment—Page __4__ of __4__

DEFENDANT: JANICE CHAVEZ (1)
CASE NUMBER: 07CR0388 IEG

## SPECIAL CONDITIONS OF SUPERVISION

☐

☒ Submit to a search of person, property, residence, abode or vehicle, at a reasonable time and in a reasonable manner, by the probation officer.

☒ Seek and maintain legitimate employment.

☐ If deported, excluded, or allowed to voluntarily return to country of origin, not reenter the United States illegally and report to the probation officer within 24 hours of any reentry to the United States; supervision waived upon deportation, exclusion, or voluntary departure.

☐ Not transport, harbor, or assist undocumented aliens.

☒ Not associate with alien smugglers.

☐ Not reenter the United States illegally.

☐ Not enter the Republic of Mexico without written permission of the Court or probation officer.

☒ Report all vehicles owned or operated, or in which you have an interest, to the probation officer.

☐ Not possess any narcotic drug or controlled substance without a lawful medical prescription.

☐ Not associate with known users of, smugglers of, or dealers in narcotics, controlled substances, or dangerous drugs in any form.

☒ Participate in a program of mental health treatment as directed by the probation officer, take all medications as prescribed by a psychiatrist/physician, and not discontinue any medication without permission. The Court authorizes the release of the presentence report and available psychological evaluations to the mental health provider, as approved by the probation officer.

☐ Take no medication containing a controlled substance without valid medical prescription, and provide proof of prescription to the probation officer, if directed.

☐ Participate in a mental health treatment program as directed by the probation office.

☐ Provide complete disclosure of personal and business financial records to the probation officer as requested.

☐ Be prohibited from opening checking accounts or incurring new credit charges or opening additional lines of credit without approval of the probation officer.

☐ Seek and maintain full time employment and/or schooling or a combination of both.

☐ Resolve all outstanding warrants within _____ days.

☐ Complete _____ hours of community service in a program approved by the probation officer within

☒ Reside in a Residential Reentry Center (RRC) as directed by the probation officer for a period of 120 days.

☐ Reside in a Residential Reentry Center (RRC) as directed by the Bureau of Prisons for a period of _____ commencing upon release from imprisonment.

☐ Remain in your place of residence for a period of _____, except while working at verifiable employment, attending religious services or undergoing medical treatment.

☐ Not engage in any form of telemarketing, as defined in 18 USC 2325, without the written permission of the probation officer.

☐ Comply with the conditions of the Home Confinement Program for a period of _____ months and remain at your residence except for activities or employment as approved by the court or probation officer. Wear an electronic monitoring device and follow procedures specified by the probation officer. Pay the total cost of electronic monitoring services, or a portion if deemed appropriate by the probation officer.

☒ Participate in a program of drug or alcohol abuse treatment, including urinalysis testing and counseling, as directed by the probation officer.

07CR0388 IEG

# Exhibit 2

Janice Chavez' Public Information Inmate Data printout

```
WXR17              *        PUBLIC INFORMATION         *     09-25-2007
PAGE 001           *           INMATE DATA             *     11:56:14
                              AS OF 09-25-2007

REGNO..: 02742-298 NAME: CHAVEZ, JANICE

                    RESP OF: DUB / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 925-833-7500   FAX: 925-833-7599
                                            RACE/SEX...: WHITE / FEMALE
FBI NUMBER.: 856435AB7                      DOB/AGE....: 07-14-1968 / 39
PROJ REL MT: GOOD CONDUCT TIME RELEASE      PAR ELIG DT: N/A
PROJ REL DT: 05-25-2008                     PAR HEAR DT:
-------------------------------- ADMIT/RELEASE HISTORY ---------------------------
FCL     ASSIGNMENT  DESCRIPTION                START DATE/TIME STOP   DATE/TIME
DUB     A-DES       DESIGNATED, AT ASSIGNED FACIL 06-22-2007 1430 CURRENT
9-L     RELEASE     RELEASED FROM IN-TRANSIT FACL 06-22-2007 1730 06-22-2007 1730
9-L     A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 06-08-2007 1455 06-22-2007 1730
DSC     ADMIN REL   ADMINISTRATIVE RELEASE        06-08-2007 1355 06-08-2007 1355
DSC     A-ADMIN     ADMINISTRATIVE ADMISSION      06-08-2007 1350 06-08-2007 1355
SDC     PRE REMOVE  PRE SENT DETAINEE REMOVED     02-22-2007 1000 06-08-2007 1350
SDC     A-PRE       PRE-SENT ADMIT, ADULT         02-02-2007 1430 02-22-2007 1000




G0002           MORE PAGES TO FOLLOW . . .
```

```
WXR17              *        PUBLIC INFORMATION           *      09-25-2007
PAGE 002           *           INMATE DATA               *      11:56:14
                            AS OF 09-25-2007

REGNO..: 02742-298 NAME: CHAVEZ, JANICE

                 RESP OF: DUB / DESIGNATED, AT ASSIGNED FACIL
                 PHONE..: 925-833-7500    FAX: 925-833-7599
PRE-RELEASE PREPARATION DATE: 04-09-2008

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE: 05-25-2008 VIA GCT REL

-----------------------CURRENT JUDGMENT/WARRANT NO: 010 -------------------------

COURT OF JURISDICTION...........: CALIFORNIA, SOUTHERN DISTRICT
DOCKET NUMBER...................: 07CR0388 IEG
JUDGE...........................: GONZALEZ
DATE SENTENCED/PROBATION IMPOSED: 05-21-2007
DATE COMMITTED..................: 05-21-2007
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

RESTITUTION...: PROPERTY: NO   SERVICES: NO        AMOUNT: $00.00

------------------------CURRENT OBLIGATION NO: 010 ------------------------
OFFENSE CODE....: 172
OFF/CHG: 8:1324(A)(1)(A)(II)&(V)(II) TRANSPORTATION OF ILLEGAL ALIENS.

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:     18 MONTHS
 TERM OF SUPERVISION............:      3 YEARS
 DATE OF OFFENSE................: 02-01-2007




G0002          MORE PAGES TO FOLLOW . . .
```

```
   WXR17            *        PUBLIC INFORMATION          *     09-25-2007
PAGE 003 OF 003 *              INMATE DATA              *     11:56:14
                            AS OF 09-25-2007

REGNO..: 02742-298 NAME: CHAVEZ, JANICE

                   RESP OF: DUB / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 925-833-7500   FAX: 925-833-7599
-------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 06-18-2007 AT DSC AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 05-21-2007
TOTAL TERM IN EFFECT............:     18 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:      1 YEARS        6 MONTHS
EARLIEST DATE OF OFFENSE........: 02-01-2007

JAIL CREDIT.....................:     FROM DATE     THRU DATE
                                      02-01-2007    05-20-2007

TOTAL PRIOR CREDIT TIME.........: 109
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 70
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: 05-25-2008
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 08-03-2008


PROJECTED SATISFACTION DATE.....: 05-25-2008
PROJECTED SATISFACTION METHOD...: GCT REL




S0055        NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```

# Exhibit 3

Janice Chavez' Program Review Report

```
DUB00                *      PROGRAM REVIEW REPORT           *       07-06-2007
PAGE 001                                                             18:01:05

INSTITUTION: DUB  DUBLIN FCI

NAME........: CHAVEZ, JANICE                          REG. NO: 02742-298
RESIDENCE...: EL CAJON, CA 92020

TYPE OF REVIEW........: (INITIAL CLASSIFICATION)/PROGRAM REVIEW
NEXT REVIEW DATE......: 10-18-07

PROJ. RELEASE DATE....: 05-25-2008      RELEASE METHOD.: GCT REL
PAROLE HEARING DATE.: NONE              HEARING TYPE...: NONE

DATE OF NEXT CUSTODY REVIEW: 10-18-07    DETAINERS (Y/N): N

CIM STATUS (Y/N).....: N                 IF YES, RECONCILED (Y/N): N/A

PENDING CHARGES......: NONE KNOWN

OFFENDER IS SUBJECT TO NOTIFICATION UNDER 18 U.S.C. 4042(B)  (Y/N)....: NO
    IF YES - CIRCLE ONE - DRUG TRAFFICKING/CURRENT VIOLENCE/PAST VIOLENCE

CATEGORY    - - - - - -   CURRENT ASSIGNMENT - - - - - - -   EFF DATE     TIME

CUS         OUT           OUT CUSTODY                        06-11-2007   0852
DRG         DRG I NONE    NO DRUG INTERVIEW REQUIRED         07-06-2007   1009
EDI         GED UNK       GED STATUS UNKNOWN                 02-02-2007   1430
FRP         UNASSG        FINANC RESP-UNASSIGNED             02-02-2007   1430
LEV         MINIMUM       SECURITY CLASSIFICAT'N MINIMUM     06-08-2007   1457
MDS         NOT MED CL    NOT MEDICALLY CLEARED              02-02-2007   1430
QTR         Z02-116LDS    HOUSE Z/RANGE 02/BED 116L DS       06-22-2007   2155
RLG         UNKNOWN       RELIGION UNKNOWN                   02-02-2007   1430
WRK         ADM DET       ADMINISTRATIVE DETENTION           06-25-2007   1112

WORK PERFORMANCE RATING:  N/A


INCIDENT REPORTS SINCE LAST PROGRAM REVIEW:  NONE


FRP PLAN/PROGRESS:   TRUST FUND DEPOSITS PAST 6 MO: $_____

FRP PAYMENTS PAST 6 MO: $_____       OBLG BALANCE: $_____    NO OBLG

CURRENT FRP PLAN: $_____    PAYMENTS COMMENSURATE: YES ____ / NO ____

IF NO, NEW PAYMENT PLAN: _____


RELEASE PREPARATION PARTICIPATION:  TAKE 1 CLASS FROM
EACH OF 6 SECTIONS PRIOR TO RELEASE 5-25-08
```

```
DUB00              *        PROGRAM REVIEW REPORT         *      07-06-2007
PAGE 002                                                         18:01:05
```

CCC RECOMMENDATION: 4-9-2008

PROGRESS MADE SINCE LAST REVIEW: N/A

GOALS FOR NEXT PROGRAM REVIEW MEETING: BEGIN GED 7-2007.

BEGIN N.A. 8-2007

LONG TERM GOALS: BEGIN GED 7-2007 COMPLETE BY 5-2008.

BEGIN NA 8-2007 COMPLETE BY 5-2008.

OTHER INMATE REQUESTS/TEAM ACTIONS: 407/408 REVIEWED.

```
    DUB00                *       PROGRAM REVIEW REPORT         *        07-06-2007
    PAGE 003 OF 003                                                     18:01:05
    SIGNATURES:
```

CHAIRPERSON: _____     INMATE: _Janice Chark_____

DATE: _7-18-07_____              DATE: _7-18-07_____