UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE CHAVEZ,<br><br>             Plaintiff,<br><br>   v.<br><br>SCHELIA A. CLARK et al,<br><br>             Defendant._____/ | Case Number: CV07-03938 WHA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 26, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Janice Chavez
#02742-298
Federal Prison Camp
5675 8th St. - Camp Parks
Dublin, CA 94568

Dated: October 26, 2007

*Lashanda Scott*
Richard W. Wieking, Clerk
By: Lashanda Scott, Deputy Clerk