JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
Assistant United States Attorney

DENNIS M. WONG (CSBN 173951)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (925)803-4760
FAX: (415) 436-6748
Email: dwong@bop.gov

Attorneys for Federal Respondent

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANICE CHAVEZ,<br><br>    Petitioner,<br><br>v.<br><br>SCHELIA A. CLARK, Warden,<br><br>    Respondent. | No. C 07-3938-WHA<br>E-FILING CASE<br><br>RESPONDENT'S NOTICE OF MOTION AND MOTION TO DISMISS<br><br>DATE:  June 5, 2008<br>TIME:  8:00 a.m. |

## NOTICE OF MOTION

PLEASE TAKE NOTICE, that on the above date and time, before the Honorable William H. Alsup, United States District Judge, 450 Golden Gate Ave., San Francisco, California, in Courtroom 9, 19th Floor, or as soon thereafter, the Federal Respondent, Schelia A. Clark, by and through her attorney, the United States Attorney for the Northern District of California, will bring the following Motion to Dismiss pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure[1] and Local Rule 7. This motion is based on the Notice of Motion and Memorandum

---

[1] Because standing and mootness both pertain to a federal court's subject-matter jurisdiction under Article III, they are properly raised in a motion to dismiss under Federal Rule

Respondent's Notice of Motion and Motion To Dismiss
07-CV-3938-WHA    1

of Points and Authorities contained in this motion, the declarations filed concurrently herewith, such oral and documentary evidence as may be presented at the hearing on the motion, and any other factors that this Court may wish to consider.

Based on the foregoing, Respondent respectfully requests that this Court dismiss this matter as moot, as Petitioner has been transferred to a Residential Reentry Center ("RRC"), and a favorable ruling by this Court would not redress any injury.

## MEMORANDUM OF POINTS & AUTHORITIES

### STATEMENT OF ISSUE TO BE DECIDED

Should this case be dismissed as moot as Petitioner has already been transferred to an RRC?

### STATEMENT OF RELEVANT FACTS

At the time the instant petition was filed, federal inmate Janice Chavez ("Petitioner") was housed at the Federal Prison Camp ("FPC") at Dublin, California. *See* Declaration of Bobbi Butler ("Butler Declaration") at 2. Petitioner challenged 28 C.F.R. § 570.21(a), which limits an inmate's placement in a RRC to 10% of their sentence, not to exceed six months, and sought consideration for transfer to a RRC, without regard to the 10% limitation. Subsequently, Petitioner was transferred to a RRC on April 9, 2008. *See* Butler Declaration at 2.

### ARGUMENT

**THIS HABEAS PETITION IS MOOT AS PETITIONER HAS COMPLETED HER FEDERAL SENTENCE AND IS NO LONGER IN BOP CUSTODY.**

As Petitioner has already transferred to a RRC, a favorable decision requiring the BOP to evaluate Petitioner for RRC placement without regard to the 10% limitation would not

---

of Civil Procedure 12(b)(1), not Rule 12(b)(6). *See, e.g., Bland v. Fessler*, 88 F.3d 729, 732 n. 4 (9th Cir.1996) (*citing Gemtel Corp. v. Community Redevelopment Agency*, 23 F.3d 1542, 1544 n. 1 (9th Cir.1994)). With a factual Rule 12(b)(1) attack, however, a court may look beyond the complaint to matters of public record without having to convert the motion into one for summary judgment. *Gemtel Corp.*, 23 F.3d at 1544 n. 1 (*citing Mack v. South Bay Beer Distribs., Inc.*, 798 F.2d 1279, 1282 (9th Cir.1986)).

Respondent's Notice of Motion and Motion To Dismiss
07-CV-3938-WHA                    2

redress any injury. Therefore, this petition should be dismissed as moot. *North Carolina v. Rice*, 404 U.S. 244, 246 (1971) ("federal courts are without power to decide questions that cannot affect the rights of litigants in the case before them"); *Mitchell v. Dupnik*, 75 F.3d 517, 528 (9th Cir.1996); *see also Muniz v. Sabol*, 2008 WL 497056, at *3, fn. 9 (1st Cir.) (Matter moot for inmate who was already released, but not moot for inmate who did not yet transfer to a RRC)*; Harvey v. Eichenlaub*, 2007 WL 2782249 (E.D. Mich.) ("Because Petitioner has been released from BOP custody completely, the Court concludes that there remains no actual injury which the Court would redress with a favorable decision.")

## **CONCLUSION**

Respondent respectfully submits that this case should be dismissed as moot as Petitioner has already transferred to a RRC

.

Dated: April 23, 2008                                          Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

By:    ____/s/_____
Dennis M. Wong
Special Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the U.S. Department of Justice, and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**NOTICE OF MOTION AND MOTION TO DISMISS, PROPOSED ORDER TO DISMISS AND DECLARATION OF BOBBI BUTLER** to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X_     **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____    **PERSONAL SERVICE (BY MESSENGER)**

____    **FACSIMILE (FAX)** Telephone No.:

to the parties addressed as follows:

Janice Chavez
Reg. No. 02742-298
Correctional Alternatives Inc.
551 S. 35th Street
San Diego, CA, 92113

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of April 2008, at Dublin, California.

_____
Maria Syed, Paralegal

Respondent's Notice of Motion and Motion To Dismiss
07-CV-3938-WHA                           4