JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
Assistant United States Attorney

DENNIS M. WONG (CSBN 173951)
Special Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (925)803-4760
   FAX: (415) 436-6748
   Email: dwong@bop.gov

Attorneys for Federal Respondent

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANICE CHAVEZ, ) | No. C-07-3938-WHA |
| ) | E-FILING CASE |
| Petitioner, ) | |
| ) | DECLARATION OF BOBBI BUTLER |
| v. ) | |
| ) | |
| SCHELIA A. CLARK, Warden, ) | |
| ) | |
| Respondent. ) | |
| ─────────────────────── ) | |

Declaration of Bobbi Butler
*Chavez v. Clark*, C-07-3938-WHA       1

I, BOBBI BUTLER, do declare and state the following:

1. I work in the Correctional Programs department for the Western Region, Federal Bureau of Prisons (BOP), United States Department of Justice. Among other functions, the Correctional Programs department is responsible for working with each institution within the Western Region to provide assistance with issues regarding the designation and placement of inmates. As part of my duties, I am familiar with the records compiled by the Bureau of Prisons and have access thereto.

2. I have reviewed BOP records maintained in the SENTRY Computer System with regard to inmate Janice Chavez, Register Number 02742-298. My review indicates that prior to April 9, 2008, inmate Chavez was housed at the Federal Prison Camp (FCP) at Dublin, CA. However, on April 9, 2008, inmate Chavez was transferred to the Correctional Alternatives Inc. Residential Reentry Center (RRC), at 551 S. 35th Street, San Diego, CA, 92113, where she is currently housed. Inmate Chavez' projected release date is May 25, 2008.

3. I declare under the penalty of perjury, pursuant to Title 28, United States Code, Section 1746, that the foregoing is true and correct to the best of my information, knowledge and belief.

Executed this 23rd day of April, 2008, at Dublin, California.

Bobbi Butler
Correctional Programs Specialist

Declaration of Bobbi Butler
*Chavez v. Clark*, C-07-3938-WHA            2