JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
Assistant United States Attorney

DENNIS M. WONG (CSBN 173951)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (925)803-4760
FAX: (415) 436-6748
Email: dwong@bop.gov

Attorneys for Federal Respondent

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANICE CHAVEZ, | No. C 07-3938-WHA |
| Petitioner, | E-FILING CASE |
| v. | [PROPOSED] ORDER TO DISMISS CASE AS MOOT |
| SCHELIA A. CLARK, Warden, | |
| Respondent. | |

After review of the files and materials in this case, particularly the fact that Petitioner was transferred to a RRC on April 9, 2008, this Court hereby grants Respondent's motion to dismiss this case as Petitioner's habeas corpus is now moot, as there is no meaningful relief this Court can now grant.

IT IS SO ORDERED.

Dated: _____, 2008        By: _____
                                        THE HONORABLE WILLIAM H. ASLUP
                                        United States District Judge

[Proposed] Order To Dismiss Case
07-CV-3938-WHA                          1