IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JANICE CHAVEZ,

        Petitioner,

vs.

SCHELIA A. CLARK, Warden,

        Respondent.

No. C 07-3938 WHA (PR)

**SCHEDULING ORDER**

This is a habeas case filed pro se by a federal prisoner. Respondent has filed a motion to dismiss the petition as moot. If petitioner wishes to oppose the motion she shall do so by May 14, 2008. If an opposition is filed and respondent wishes to file a reply, she shall do so by May 28, 2008. The motion then will be ruled upon without oral argument unless the Court orders otherwise at a later date. The hearing date of June 5, 2008, is **VACATED**.

If petitioner concedes that the case is moot, it would be helpful if she would file a statement of nonopposition to the motion to dismiss or voluntarily dismiss the case.

**IT IS SO ORDERED.**

Dated: April   28  , 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.07\CHAVEZ3938.SCH.wpd