OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Janice Chavez
#02742298
Federal Prison Camp
5675 8th St. - Camp Parks
Dublin, CA 94568

SAN FRANCISCO CA 941
OAKLAND CA 946
28 APR 2008 PM

02 1A
0004329882    APR 28 2008
MAILED FROM ZIPCODE 94102
$ 00.41⁰

RECEIVED
MAY 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA