**U.S. Department of Justice**

Federal Bureau of Prisons

*Western Regional Office*

---

*7338 Shoreline Drive*
*Stockton, California 95219*

May 9, 2008

Janice Chavez
551 S. 35th Street
San Diego, CA 92113

Re: Janice Chavez v. Clark, 3:07-CV-03938-WHA
    Order re: motion to dismiss and change of address

Dear Ms. Chavez:

Enclosed is the Court's recent order regarding my motion to dismiss. Please note that the Court still has your old address when you were at FCI Dublin, and that you should inform the Court of your new address.

If you have any questions, please feel free to call me at (209) 956-9732.

Sincerely,

Dennis M. Wong
Deputy Regional Counsel

cc: Richard W. Wieking, Clerk of the Court