IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE CHAVEZ, | No. C 07-3938 WHA (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| vs. | |
| SCHELIA A. CLARK, Warden, | |
| Respondent. | |

This is a habeas case filed pro se by a federal prisoner. Petitioner contended that she should be admitted to a Community Corrections Center rather than being retained at Camp Parks. Respondent filed a motion to dismiss the petition as moot because petitioner had been admitted to the program and then paroled. An order setting deadlines for an opposition and reply was entered on April 28, 2008.

Petitioner has not filed a notice of change of address, so the clerk sent the scheduling order to the only address the court had for her, her prison address. It was returned on May 7, 2008. On May 12, 2008, the Assistant United States Attorney representing respondent filed a copy of a letter that he sent to petitioner at an address in San Diego. In the letter he provided her with a copy of the scheduling order and informed her that she should provide her current address to the clerk.

The time to oppose the motion to dismiss expired on May 14, 2008, and it has been two weeks since the letter from counsel for respondent to petitioner. Petitioner has not asked for an

1  extension of time, provided a new address, or filed an opposition. No useful purpose would be
2  served by delaying further the ruling on the motion.
3      The motion to dismiss the petition as moot (document number 9 on the docket) is
4  **GRANTED**. The case is **DISMISSED**. The clerk shall close the file.
5      **IT IS SO ORDERED.**
6  Dated: May   28  , 2008.

          WILLIAM ALSUP
          UNITED STATES DISTRICT JUDGE

28  G:\PRO-SE\WHA\HC.07\CHAVEZ3938.DSM.wpd