UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JANICE CHAVEZ,

        Plaintiff,

  v.

SCHELIA A. CLARK et al,

        Defendant.

                          /

Case Number: CV07-03938 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 28, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Janice Chavez
#02742-298
Federal Prison Camp
5675 8th St. - Camp Parks
Dublin, CA 94568

Dated: May 28, 2008

                          Richard W. Wieking, Clerk
                          By: D. Toland, Deputy Clerk