IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JANICE CHAVEZ,  No. C 07-3938 WHA (PR)

    Petitioner,  **JUDGMENT**

vs.

SCHELIA A. CLARK, Warden,

    Respondent.
_____/

    Pursuant to the court's order entered today, judgment is entered in favor of respondent and against petitioner. Petitioner shall receive no relief by way of her petition.

    **IT IS SO ORDERED.**

Dated: May  28 , 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.07\CHAVEZ3938.JUD.wpd