OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Janice Chavez
#02742-298
Federal Prison Camp
5675 8th St. - Camp Parks
Dublin, CA 94568

**FILED**

JUN - 9 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

NIXIE         945    C0 1         30    05/08/08

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 94102365199          *0540-00804-29-44*

02 1A
0004329882
MAILED FROM ZIP CODE 94102
$ 00.59⁰
PITNEY BOWES
MAY 29 2008